UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 06 B 00341
    BARRY W JENNINGS
                                          CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR

        Debtor
    SSN XXX-XX-2324
```

------------------------------------------------------------------------
TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 01/16/06 and confirmed on 03/31/06.

    2.  The case was dismissed after confirmation, 01/30/2009.

    3.  The Debtor paid a total of $ 25680.00 .

    4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| MORTGAGE ELECTRONIC REG | CURRENT MORTG | .00 | .00 | .00 |
| MORTGAGE ELECTRONIC REG | MORTGAGE ARRE | 19732.55 | .00 | 18051.95 |
| HSBC AUTO FINANCE | SECURED VEHIC | 3548.88 | 312.05 | 3548.88 |
| INTERNAL REVENUE SERVICE | PRIORITY | 5465.19 | .00 | 118.33 |
| ILLINOIS DEPT REVENUE | PRIORITY | 2395.52 | .00 | 67.16 |
| ASSET ACCEPTANCE CORP | UNSECURED | 812.59 | .00 | .00 |
| NORTHERN ILLINOIS COLLEC | UNSECURED | NOT FILED | .00 | .00 |
| JEWEL FOOD STORES INC | UNSECURED | NOT FILED | .00 | .00 |
| NORTH SHORE GAS | UNSECURED | .00 | .00 | .00 |
| MILLENIUM CREDIT CONSULT | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 2194.63 | .00 | .00 |
| ILLINOIS DEPT REVENUE | UNSECURED | 64.00 | .00 | .00 |

              Summary of disbursements:
------------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 23281.43 | 7860.71 | 3071.22 | .00 | 34213.36 |
| PRINCIPAL PAID | 21600.83 | 185.49 | .00 | .00 | 21786.32 |
| INTEREST PAID | 312.05 | .00 | .00 | .00 | 312.05 |
| TOTAL PAID | 21912.88 | 185.49 | .00 | .00 | 22098.37 |

The Debtor's attorney, DAVID M SIEGEL            , was allowed $  3000.00
and was paid $   461.00  direct and $  2539.00  through the plan.

The Trustee received $   1042.63 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

Dated: 03/16/09                    /S/
                          GLENN STEARNS
                          CHAPTER 13 TRUSTEE